TO: **Clerk's Office**
    **UNITED STATES DISTRICT COURT**
    **EASTERN DISTRICT OF NEW YORK**



**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES

    -v.-          21-MJ-890
STEPEHN BRYAN HAWKINS    Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Samantha Alessi
Firm Name: USAO - EDNY
Address: 271 Cadman Plaza
          Brooklyn, NY 11201
Phone Number: 347-482-9307
E-Mail Address: samantha.alessi@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
**If yes, state description of document to be entered on docket sheet:**

_____

_____

_____

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

ongoing criminal investigation
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn , NEW YORK

_____

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____
                                 DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

    August 3, 2021          *Samantha Alessi*
      DATE                            SIGNATURE

AB:SSA
F. #2021R00648

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN ARREST WARRANT |
| - against - | |
| STEPHEN BRYAN HAWKINS, | 21-MJ-890 TO BE FILED UNDER SEAL |
| Defendant. | (18 U.S.C. § 2261A(2)(B)) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

ROBERT O. STAPLETON, being duly sworn, deposes and states that he is a Detective with the United States Department of Veterans Affairs Police, duly appointed according to law and acting as such.

In or about and between July 2016 and July 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant STEPHEN BRYAN HAWKINS, with the intent to harass and cause substantial emotional distress to a person in another state, did knowingly and intentionally use (i) the mail, (ii) an interactive computer service, electronic communication service and electronic communication system of interstate commerce, and (iii) a facility of interstate commerce to engage in a course of conduct that caused, attempted to cause and would be reasonably expected to cause substantial emotional distress to Jane Doe, an individual whose identity is known to the affiant.

(Title 18, United States Code, Section 2261A(2)(B))

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I have been a Detective with the United States Department of Veterans Affairs Police since 2012. Before that, I worked for the New York City Police Department, serving at various times as a Detective, Sergeant, and Lieutenant within the Detective Bureau, Criminal Intelligence Section, and Counterterrorism Bureau. I have been involved in the investigation of numerous cases involving domestic violence and intimate partner crimes. I am familiar with the facts and circumstances set forth below from my extensive communication with Jane Doe over the past several years; my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. Jane Doe and the defendant both served in the United States Navy. They met in approximately 2005 and had an intimate relationship. Their intimate relationship ended in approximately 2007.

3. Jane Doe did not hear from the defendant for almost a decade.

4. In 2016, the defendant texted Jane Doe at the same phone number she had had in 2007 when their relationship ended. He texted, in sum and substance, "how have you been . . . I have a question for you did you ever date a black guy before . . . I saw a porno and the girl look like you I could see the girls face . . . if this was you be careful."

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

5.  The defendant continued to text Jane Doe. He told her about problems he was having in his life. Jane Doe, who is now a Veterans Outreach Program Specialist, attempted to help the defendant and connect to him resources. Jane Doe was living in New York and the defendant was living in Ohio.

6.  In or about October 2016, the defendant texted Jane Doe and stated that someone told him that they saw Jane Doe drive by the defendant's house three years ago with a male child in the front of the car screaming for "Daddy."

7.  Shortly thereafter, the defendant texted and emailed the defendant and began contacting her friends and coworkers. The defendant stated that he knew he was the father of Jane Doe's little girl and that he wanted to see his daughter.[2]

8.  Jane Doe has never been pregnant and does not have a child, with the defendant or anyone else.

9.  Jane Doe eventually deleted her social media accounts and changed her phone number in an attempt to stop the communication from the defendant. Jane Doe told the defendant that they do not have a child and asked him to stop contacting her. Additionally, several of Jane Doe's coworkers and former Navy shipmates told the defendant to stop contacting Jane Doe. In or about October 2016, Jane Doe stopped responding to the defendant and on November 15, 2016, Jane Doe filed a police report with the New York City Police Department about his behavior.

10. In late 2017, the defendant sent a box to Jane Doe's office containing "birthday gifts" for his "daughter."

---

[2] The defendant referenced a daughter despite stating he had heard about a little boy in the car in front of his house screaming "Daddy."

11. Also in 2017, the FBI began investigating the defendant's behavior. A person contacted the assigned FBI agent stating that he was the defendant's attorney. Jane Doe recognized the name of the "attorney" as a former shipmate of hers from the Navy. When the FBI agent told this individual that impersonating an attorney was a criminal offense, the individual admitted he was not the defendant's attorney. The defendant then accused the assigned FBI agent of having an intimate relationship with Jane Doe. The assigned FBI agent told the defendant to stop contacting Jane Doe.

12. In 2017, the defendant filed a paternity petition in New York State Family Court, alleging that he and Jane Doe had sexual intercourse between 1981[3] and 2007 and that Jane Doe was presently pregnant with his child.

13. Jane Doe presented evidence to the Family Court that she had never been pregnant and never had a child, including but not limited to her Naval deployment records and sworn affidavits from colleagues and friends.

14. The Family Court accordingly denied the defendant's paternity petition.

15. In November 2017, Jane Doe obtained a temporary order of protection from Family Court that barred the defendant from contacting her.

16. Jane Doe also obtained a full order of protection from New York State Criminal Court.

17. In 2018, Jane Doe volunteered for an overseas deployment so that she could avoid the defendant's unwanted contact. She was ultimately deployed to Iraq.

18. The full order of protection expired on March 16, 2020. Approximately one day later, the defendant sent Jane Doe an email to her work email account. He then started

---

[3] The defendant was born in 1982 and Jane Doe was born in 1980.

sending multiple emails, sometimes blank, sometimes including a heart emoji. He began referencing their "daughter" again.

19. In August 2020, the defendant sent a letter to Jane Doe's parents' home in New York. At the time, Jane Doe was living with her parents. The letter read "Hello my name is Bryan Hawkins. I am your granddaughter's father. Please contact me at [phone number]. Thank you. Please don't tell [Jane Doe]."

20. The defendant continued to contact Jane Doe by calling the Veterans Crisis Line[4] at the Center where she worked. He would tell the person who answered that he was a veteran in crisis and ask to be connected to Jane Doe.

21. As recently as July 2021, the defendant reached out to one of Jane Doe's friends on Facebook about Jane Doe, stating "it is sad that a little girl can not be with her father because of people like her and you. You don't have to lie to me. I won't disturb you again. It is really sad."

22. Also in July 2021, the defendant sent further emails to Jane Doe's work email account. One stated, in sum and substance and in part, "I want you to study these 2 bible verses. Understand what they are saying. Proverbs 12:22 ESV Lying lips are an abomination to the Lord, but those who act faithfully are his delight." The defendant sent Jane Doe the following email on July 26, 2021:

> Tell her Happy birthday from me. She is 13 now.
>
> It is ashame another birthday gone by without knowing her father.
> You can tell me it my imagination all you want. Your coworkers
> can cover for you too. I know it's all a lie. Did you forget I saw her
> in your car all those years ago when you drove passed my house.

---

[4] The hotline is manned 24 hours a day, 7 days a week, and is meant to be a resource for veterans in crisis—for example, someone who is about to commit suicide and wants to speak to someone.

> Another time my neighbor saw you in my driveway she told me
> the next day. She said I saw a women and a child in a car in your
> driveway for 3 hours. My neighbor also told me she saw your new
> York license plate. I don't know anyone else with a new York
> license plate but you. You might know this I know your extended
> family. You don't realize I saw you at my welding school? My
> classmate saw you too. He told me about you saying a woman put
> a card on your window and took it back and drove away. My sons
> school called me when you asked for him right after you left.
> I had to go the library to drop my books off and what did I see?
> You.
> We met before when we were kids. I remember meeting a Chinese
> girl she was covering her face with her hands and she a a sweater
> on she even shook my hand. That Chinese girl was YOU. I don't
> not realize it all these years later. You are the reason why I could
> date and like other women. I was 12 or 13 at the time. Small world.
> Zhuo come on with this lying and Hiding.
> Remember I did meet your mother 5 years ago.
> Tell her I love her and wish her a happy birthday Her Father Bryan

23.     On July 30, 2021, he sent the following email to her work account:

> I am waiting to hear from you about our daughter. Do I have to get
> into contact with your parents again? I will if I have too.   Stop
> with the stupid games. It is getting old Let's be adults here and
> let's sit down and talk about our daughter or let me meet her. Get
> into contact with me.

24.     I am informed by Jane Doe that the actions of the defendant have caused Jane Doe to seek counseling.   She has nightmares and is constantly anxious.   She is worried about her safety and her family's safety, and worried about the impact the defendant's behavior is having on her job.

WHEREFORE, your deponent respectfully requests that an arrest warrant for the defendant STEPHEN BRYAN HAWKINS be issued so that he may be dealt with according to law.

I further request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and arrest warrants via the internet. Therefore, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving the defendant an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence and change patterns of behavior.

*Robert O. Stapleton*

ROBERT O. STAPLETON
Detective
U.S. Department of Veterans Affairs Police

Sworn to before me by telephone this
__ day of August, 2021

_____
THE HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| STEPHEN BRYAN HAWKINS | ) Case No. 21-MJ-890 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* STEPHEN BRYAN HAWKINS,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2261A(2)(B) Stalking

Date: 8/3/2021

_____
*Issuing officer's signature*

City and state: Brooklyn, New York

Hon. Ramon E. Reyes, Jr., US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                        Weight:

Sex:                                                           Race:

Hair:                                                          Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: